**Theresa Freedman, Appellee, v. Mary Corbett Hunt and George F. Hunt, Appellees.  Hartford Accident and Indemnity Company and Chicago Title and Trust Company, as Administrator of Estate of May Corbett Hunt, Deceased, Appellants.**

**Gen. No. 40,596.**

opinion filed October 3, 1939. Arthur E. Walsh, for certain appellant; Alfred F. Beck, for certain other appellant; Nathan Schwartz, for appellee Theresa Freedman; Bernard Allen Fried, of counsel. Opinion by PRESIDING JUSTICE MATCHETT. "Not to be published in full."